# United States Court of Appeals
## For the First Circuit

No. 11-1179

THE SMITH & WOLLENSKY RESTAURANT GROUP, INC.

Plaintiff - Appellant

v.

MARK PASSOW; ASTRID ALEXANDRA RAMIREZ;
REBECCA KILGALLON; DONA FRAENKEL

Defendants - Appellees

**JUDGMENT**

Entered: October 14, 2011
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc: Brigitte M. Duffy
Carla J. Eaton
Robert S. Whitman
Brant Casavant
Stephen S. Churchill
Shannon Liss-Riordan
Hillary A. Schwab